IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DELHUR INDUSTRIES, INC.,<br>a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br>No. 08-541C<br>(Judge Wheeler) |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Jane C. Dempsey, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Jane C. Dempsey
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 7004
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Jane C. Dempsey
JANE C. DEMPSEY
Trial Attorney
Commercial Litigation Branch
Civil Division
Telephone: (202) 353-0897
Facsimile: (202) 305-7644
E-mail: Jane.Dempsey@usdoj.gov

Dated: August 7, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 7th day of August, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Jane C. Dempsey